IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 5:19cr6-DCB-LRA

TYWONE NOBLE

## ORDER FOR THE RETURN OF PROPERTY

Before this Court is the United States of America's Motion for an Order to Return Property. Mot. for an Order to Return Property, ECF No. 34. The Court entered a Final Order of Forfeiture on November 7, 2019 (ECF No. 33), forfeiting the following:

1. **American Tactical brand, Omni Hybrid model, 5.56 caliber, SN: NS185667;**
2. **100 round capacity drum magazine; and**
3. **Any ammunition seized.**

to the United States pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

Because the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) has determined that the firearm was stolen, it seeks an Order from this Court to return the stolen firearm, an **American Tactical brand, Omni Hybrid model, 5.56 caliber, SN: NS185667**, to its rightful owner, Gabriel Roger Rouse.

Having reviewed the Government's motion, this Court finds that it is well taken and should be granted.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the ATF shall return the stolen firearm to its rightful owner as soon as practicable. ATF will dispose of the magazine and any ammunition seized in accordance with the Final Order of Forfeiture and with ATF policies.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

SO ORDERED, ADJUDGED, AND DECREED this  19th  day of   March, 2020.

                                                     s/David Bramlette
                                                     UNITED STATES DISTRICT JUDGE